UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM I. STORMS <br><br> Defendant. | Case: 1:25-cr-20184 <br> Judge: Ludington, Thomas L. <br> MJ: Morris, Patricia T. <br> Filed: 03-26-2025 <br><br> Violations: <br> 26 U.S.C. § 5861(e) <br> 26 U.S.C. § 5861(f) <br> 26 U.S.C. § 5861(d) <br> 18 U.S.C. § 922(g)(1) |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**Transfer of a Firearm in Violation of National Firearms Act**
**26 U.S.C. §§ 5861(e), 5871**

On or about April 17, 2024, in the Eastern District of Michigan, WILLIAM I. STORMS, knowingly and unlawfully transferred a firearm, that is an Iver Johnson Arms and Cycle Works, model Champion, 16 gauge shotgun, modified to have an overall length of less than 26 inches and a barrel of less than 18 inches in length and a Hopkins and Allen Arms Company, New Model, 20 gauge shotgun, modified to have an overall length of less than 26 inches and a barrel of less than 18 inches in length, to Individual-1, in violation of Title 26, United States Code, Sections 5812, 5861(e), 5871.

## COUNT TWO
### Making of a Firearm in Violation of National Firearms Act
### 26 U.S.C. §§ 5861(f), 5871

On or about April 17, 2024, in the Eastern District of Michigan, WILLIAM I. STORMS, knowingly made a firearm, that is an Iver Johnson Arms and Cycle Works, model Champion, 16 gauge shotgun, modified to have an overall length of less than 26 inches and a barrel of less than 18 inches in length and a Hopkins and Allen Arms Company, New Model, 20 gauge shotgun, modified to have an overall length of less than 26 inches and a barrel of less than 18 inches in length, in violation of Title 26, United States Code, Sections 5822, 5861(f), 5871.

## COUNT THREE
### Possession of an Unregistered Short-Barrel Shotgun
### 26 U.S.C. § 5861(d)

On or about April 17, 2024, in the Eastern District of Michigan, WILLIAM I. STORMS, knowingly possessed a firearm, that is, an Iver Johnson Arms and Cycle Works, model Champion, 16 gauge shotgun, modified to have an overall length of less than 26 inches and a barrel of less than 18 inches in length and a Hopkins and Allen Arms Company, New Model, 20 gauge shotgun, modified to have an overall length of less than 26 inches and a barrel of less than 18 inches in length, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT FOUR
### Felon in Possession of a Firearm
### 18 U.S.C. § 922(g)(1)

On or about April 17, 2024, in the Eastern District of Michigan, WILLIAM I. STORMS, knowing that he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, an Iver Johnson Arms and Cycle Works, model Champion, 16 gauge shotgun, modified to have an overall length of less than 26 inches and a barrel of less than 18 inches in length and a Hopkins and Allen Arms Company, New Model, 20 gauge shotgun, modified to have an overall length of less than 26 inches and a barrel of less than 18 inches in length, in violation of Title 18, United States Code, Sections 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1). Upon conviction of an offense charged in Count One through Count Four of this Indictment, WILLIAM I. STORMS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense, including but not limited to an Iver Johnson Arms and Cycle Works, model Champion, 16 gauge shotgun, modified to have an overall length of less than 26 inches and a barrel of

3

less than 18 inches in length and a Hopkins and Allen Arms Company, New Model, 20 gauge shotgun, modified to have an overall length of less than 26 inches and a barrel of less than 18 inches in length.

Dated: March 26, 2025

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

JULIE A. BECK
Acting United States Attorney

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

*s/William Orr*
WILLIAM ORR
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747Flint,
Phone: (989) 895-5712
william.orr@usdoj.gov
Texas Bar No: 24102308

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes      x No | AUSA's Initials:   WO |

Case Title: USA v.  WILLIAM I. STORMS

County where offense occurred:  Clare

Check One:   X Felony      __ Misdemeanor   __ Petty

      __X__ Indictment/____Information ---  **no** prior complaint.
      _____ Indictment/____Information ---  based upon prior complaint []
      _____ Indictment/____Information ---  based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐  Corrects errors; no additional charges or defendants.
☐  Involves, for plea purposes, different charges or adds counts.
☐  Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:  March 26, 2025

s/William Orr
William Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: William.Orr@usdoj.gov
Attorney Bar #:  Texas Bar 24102308

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.